**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RAUL GONZALEZ,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>U.S. IMMIGRATION & NATURALIZATION SERVICES, et al.,<br><br>　　　　　　Defendants.<br>_____/ | CASE NO. CV-F-05-1123 AWI LJO<br><br>**ORDER TO: (1) SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS AND CERTIFIED COPY OF TRUST ACCOUNT; OR (2) TO PAY $250 FILING FEE** |

Plaintiff Raul Gonzelez ("plaintiff") is incarcerated and proceeds pro se in this action which was recently transferred to this Court. Plaintiff filed his form complaint in this action but failed to file a fully completed Application To Proceed In Forma Pauperis By A Prisoner ("application") or to pay the $250 filing fee. *See* 28 U.S.C § 1915(a)(2). Plaintiff is given the opportunity to submit a fully completed application with required signatures and a certified copy of his trust account statement, or to pay the $250 filing fee.

Accordingly, this Court ORDERS:

1. This Court's clerk to send to plaintiff a form Application To Proceed In Forma Pauperis By A Prisoner; and

2. Plaintiff, no later than October 5, 2005, to submit a fully completed Application To Proceed In Forma Pauperis By A Prisoner with all required signatures and a certified copy of his prison trust account statement for the preceding six-month period , or in the

1

1 | alternative, to pay the $250 filing fee for this action.

2 | **Failure to timely comply with this order will result in a recommendation to dismiss this**
3 | **action.  This Court will take no action on plaintiff's claims until he complies with this order.**
4 | IT IS SO ORDERED.
5 | **Dated:    September 7, 2005**            /s/ Lawrence J. O'Neill
  | 66h44d                                    UNITED STATES MAGISTRATE JUDGE

2