1

2

3

4

5

6

7

8               **IN THE UNITED STATES DISTRICT COURT**

9              **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   RAUL GONZALEZ,                              CASE NO. CV-F-05-1123 AWI LJO

12                  Plaintiff,                   **ORDER TO PROCEED IN FORMA PAUPERIS**

13          vs.

14   U.S. IMMIGRATION & NATURALIZATION
     SERVICES, et al.,

15

16                  Defendants.
     _____/

17          Plaintiff Raul Gonzalez ("plaintiff") is incarcerated and proceeds pro se in this action. Plaintiff

18   has requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. This proceeding was

19   referred to this Court pursuant to 28 U.S.C. § 636(b)(1) and this Court's Local Rule 72-302.

20          Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a).

21   Accordingly, the request to proceed in forma pauperis is GRANTED. 28 U.S.C. § 1915(a).

22          Pursuant to 28 U.S.C. § 1915(b)(1), plaintiff is required to pay the statutory filing fee of $250

23   for this action.[1] Plaintiff has been without prison trust account funds for six months and is currently

24   without funds. Accordingly, the Court will not assess an initial partial filing fee. 28 U.S.C. §

25   1915(b)(1). Plaintiff is obligated to make monthly payments of 20 percent of the preceding month's

26   income credited to plaintiff's prison trust account. These payments shall be collected and forwarded by

27

28          [1] The statutory filing fee for all civil actions, except applications for writs of habeas corpus, is $250. *See* 28 U.S.C.
     § 1914(a).

1

1  the appropriate agency/officer to this Court's clerk each time the amount in plaintiff's account exceeds

2  $10, until the filing fee is paid in full.  28 U.S.C. § 1915(b)(2).

3        On the basis of good cause, this Court:

4        1.    GRANTS plaintiff's request for leave to proceed in forma pauperis; and

5        2.    ORDERS plaintiff to pay the statutory filing fee of $250 for this action.  The fee shall be

6                collected and paid in accordance with this Court's order to the Fresno County Jail filed

7                concurrently herewith.

8        IT IS SO ORDERED.

9  **Dated:   September 13, 2005**           **/s/ Lawrence J. O'Neill**
   66h44d                         UNITED STATES MAGISTRATE JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28