IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL GONZALEZ,<br><br>        Plaintiff,<br><br>  vs.<br><br>U. S. IMMIGRATION AND<br>NATURALIZATION SERVICES, et al.,<br><br>        Defendants.<br>_____/ | 1:05-CV-01123-AWI-LJO-P<br><br>ORDER DIRECTING CLERK OF THE COURT TO REDESIGNATE CASE TO REFLECT A REGULAR CIVIL CASE AND REMOVE "P" FROM CASE NUMBER<br><br>New Case Number:<br><br>**1:05-CV-01123-AWI-LJO** |

       On August 8, 2005, plaintiff Raul Gonzalez filed the complaint upon which this action proceeds at the U. S. District Court for the Northern District of California, and the case was subsequently transferred to the Eastern District of California. The case was incorrectly designated as one involving a prisoner litigating the conditions of his confinement at a California state prison and assigned a "P" to the case number. Upon further review of the Court, it has been determined that the present action does not involve state prison conditions of confinement. Therefore, the Clerk of the Court is DIRECTED to change the designation of the present case to reflect that of a regular civil action by removing the "P" from the case number. The Clerk shall assign the redesignated case to the same District Judge, Anthony

1  W. Ishii, and the same Magistrate Judge, Lawrence J. O'Neill.  As a result of the redesignation, the "P"
2  at the end of the case number shall be eliminated, and the new case number shall be

**1:05-CV-01123-AWI-LJO**

and all future pleadings and/or correspondence must be so numbered.  The parties are advised that use of an incorrect case number, including initials, may result in a delay of documents being processed and copies thereof being correctly distributed and received by the appropriate judicial officer.

IT IS SO ORDERED.

**Dated:   October 13, 2005**            **/s/ Lawrence J. O'Neill**
b9ed48                                           UNITED STATES MAGISTRATE JUDGE