**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RAUL GONZALEZ, | CASE NO. CV-F-05-1123 AWI LJO |
| Plaintiff, | **ORDER TO ADOPT FINDINGS AND RECOMMENDATIONS TO DISMISS ACTION** |
| vs. | |
| U.S. IMMIGRATION & NATURALIZATION SERVICES, et al., | |
| Defendants. / | |

**BACKGROUND**

Plaintiff Raul Gonzalez ("plaintiff") is incarcerated and proceeds pro se and in forma pauperis in this civil rights. On August 8, 2005, plaintiff filed his complaint in the U.S. District Court, Northern District of California, and plaintiff's action was transferred to this Court. The complaint's caption lists as defendants U.S. Inmigration (sic) & Naturalization Services, J. Krahser and Associates. The portion of the complaint to list defendants includes J. Krasher, supervisor and officers #1-3 of Fresno Inmigration (sic) & Naturalization Services.

The complaint alleges:

On Jan. 2000 Mr. J. Krasher & Associates invaded my aunts (sic) apt w/out permission violating every constitutional right discriminating, harrassing & threatening my mom accusing her of harboring a fugitive "me." I was arrested! Denied my right to due

process of law. "No Miranda rights." Was forced & threatened by force to sign & surrender fingerprints.

The complaint further alleges that Mr. J. Krasher was searching for plaintiff's mother at the home of plaintiff's sister.

For relief, the complaint seeks respect for plaintiff's constitutional rights "as well as my family to be at peace in their homes."

The magistrate judge issued September 14, 2005 findings and recommendations to dismiss this action without prejudice on grounds the complaint fails to satisfy pleading requirements, fails to state viable claims against defendants, and an attempt at amendment is unwarranted based on the complaint's deficiencies, immunities and defenses available to defendants, and plaintiff's apparent attempt to vex defendants. The findings and recommendations granted plaintiff to October 19, 2005 to file written objections to the findings and recommendations.

On October 19, 2005, Plaintiff filed objections.

## CONCLUSION AND ORDER

Pursuant to 28 U.S.C. § 636(b)(1)(C), this Court conducted a de novo review of this case. After evaluating the record, this Court finds the Magistrate Judge's Findings and Recommendations are supported by the record and proper analysis. Petitioner's objections do not provide a ground to not adopt the Findings and Recommendations. As explained by the Magistrate Judge, Petitioner does not have standing to assert alleged violations of the constitutional rights of his family members. In addition, the alleged violations of Plaintiff's rights occurred in 2000 and 2001. The statute of limitations has run on any alleged violations that occurred in 2000 and 2001.

Accordingly, this Court:

1. ADOPTS in full the Magistrate Judge's September 14, 2005 Findings and Recommendations;

2. DISMISSES this entire action without prejudice on grounds the complaint fails to satisfy pleading requirements, fails to state viable claims against defendants, and an attempt at amendment is unwarranted based on the complaint's deficiencies, immunities and defenses available to defendants, and plaintiff's apparent attempt to vex defendants; and

1       3.      DIRECTS this Court's clerk to close this action.

IT IS SO ORDERED.

**Dated:      October 31, 2005**                    **/s/ Anthony W. Ishii**
0m8i78                                               UNITED STATES DISTRICT JUDGE